1  Robert C. Holtzapple (State Bar No. 145954)
       rholtzapple@fbm.com
2  Racheal Turner (State Bar No. 226441)
       rturner@fbm.com
3  FARELLA BRAUN + MARTEL LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 954-4400
5  Facsimile:  (415) 954-4480

6  Attorneys for Defendant
   SPROUT CAFÉ
7

8                  UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

| 11  MIXT GREENS, a California corporation, | Case No.  CV 08 5175 EMC |
|---|---|
| 12           Plaintiff, | STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT (Local Rule 6-1(a)) |
| 13      vs. | ORDER |
| 14  SPROUT CAFÉ, an entity of unknown origin, | |
| 15           Defendant. | |

17

18      Pursuant to Local Rule 6-1(a), Plaintiff Mixt Greens and Defendant Sprout Café hereby

19  stipulate that Sprout Café shall have until January 27, 2009 to respond to Mixt Greens' Complaint

20  for Trade Dress Infringement and Unfair Competition.  The parties have agreed to this extension

21  because they are engaged in settlement discussions.

22  / / / / /

23  / / / / /

24  / / / / /

25  / / / / /

26  / / / / /

27  / / / / /

28  / / / / /

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. EXTENDING TIME TO RESPOND TO
COMPL. CV 08 5175 EMC

23704\1806750.1

SO STIPULATED,

Dated: December 18, 2008                       FARELLA BRAUN + MARTEL LLP


By: _____/s/_____
    Racheal Turner

Attorneys for Defendant
SPROUT CAFÉ

Dated: December 18, 2008                       BUCHALTER NEMER


By: _____
    Richard C. Darwin

Attorneys for Plaintiff
MIXT GREENS


IT IS SO ORDERED:


_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED — Judge Edward M. Chen, United States District Court, Northern District of California*

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. EXTENDING TIME TO RESPOND TO
COMPL. CV 08 5175 EMC

- 2 -

23704\1806750.1