Robert C. Holtzapple (State Bar No. 145954)
    rholtzapple@fbm.com
Racheal Turner (State Bar No. 226441)
    rturner@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
SPROUT CAFÉ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MIXT GREENS, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SPROUT CAFÉ, an entity of unknown origin,<br><br>    Defendant. | Case No. CV 08 5175 EMC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br>(Local Rule 6-1(b) and 6-2) |

    Pursuant to Local Rules 6-1(b) and 6-2, Plaintiff Mixt Greens and Defendant Sprout Café hereby stipulate that Sprout Café shall have until March 27, 2009 to respond to Mixt Greens' Complaint for Trade Dress Infringement and Unfair Competition. The parties further stipulate to continuing the Initial Case Management Conference currently scheduled for February 18, 2009 at 1:30 p.m. to April 22, 2009 at 1:30 p.m. The parties jointly request that the Court issue an order approving these stipulations. The parties request these time modifications to provide the parties with additional time in which to attempt to settle their dispute.

    The parties have been engaged in settlement negotiations since shortly after Mixt Greens filed its Complaint on November 14, 2008. Declaration of Racheal Turner ("Turner Decl.") ¶ 2. The parties recently made significant progress towards settlement, such that they desire additional time to attempt to resolve their dispute. Turner Decl. ¶ 3-4. Accordingly, the parties propose the

following revised case management schedule:

| Date | Event | Governing Rule(s) |
|------|-------|-------------------|
| 4/1/2009 (21 days before CMC) | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br><br>• file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov)<br><br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at http://www.cand.uscourts.gov) | FRCivP 26(f) & ADR L.R. 3-5<br><br>Civil L.R. 16-8 (b) & ADR L.R. 3-5(b)<br><br>Civil L.R. 16-8 (c) & ADR L.R. 3-5(b) & (c) |
| 4/15/2009 (7 days before CMC) | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1) & Civil L.R. 16-9 |
| 4/22/2009 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom C, 15th Floor, SF at 1:30 PM | Civil L.R. 16-10 |

For the foregoing reasons, Mixt Greens and Sprout Café respectfully request that the Court grant their stipulated request for an order extending Sprout Café's time to respond to Mixt Greens' Complaint until March 27, 2009 and continuing the Initial Case Management Conference currently scheduled for February 18, 2009 at 1:30 p.m. to April 22, 2009 at 1:30 p.m.

////
////
////
////
////
////
////

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. & [PROP.] ORDER REQ. EXTENDING TIME TO RESPOND & CONTINUING INITIAL CMC / CASE NO. CV 08 5175 EMC

- 2 -

23704\1843277.1

| | |
|---|---|
| 1 | IT IS SO STIPULATED: |
| 2 | Dated: January 20, 2009  FARELLA BRAUN + MARTEL LLP |
| 4 | By: _____/s/ Racheal Turner_____ |
| | Racheal Turner |
| 5 | |
| 6 | Attorneys for Defendant |
| | SPROUT CAFÉ |
| 7 | Dated: January 20, 2009  BUCHALTER NEMER |
| 9 | By:_____ |
| | Richard C. Darwin |
| 10 | |
| 11 | Attorneys for Plaintiff |
| | MIXT GREENS |

13  IT IS SO ORDERED:

15  DATED: ____January 21, 2009____

_____
Hon. Edward M. Chen

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. & [PROP.] ORDER REQ. EXTENDING
TIME TO RESPOND & CONTINUING INITIAL
CMC / CASE NO. CV 08 5175 EMC

- 3 -

23704\1843277.1

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED, | |
| 2 | Dated: January __, 2009 | FARELLA BRAUN + MARTEL LLP |
| 3 | | |
| 4 | | By: _____/s/_____ |
| 5 | | Racheal Turner |
| 6 | | Attorneys for Defendant<br>SPROUT CAFÉ |
| 7 | Dated: January 20, 2009 | BUCHALTER NEMER |
| 8 | | |
| 9 | | By: _____<br>Richard C. Darwin |
| 10 | | |
| 11 | | Attorneys for Plaintiff<br>MIXT GREENS |
| 12 | | |
| 13 | IT IS SO ORDERED: | |
| 14 | DATED: _____ | |
| 15 | | |
| 16 | | _____<br>Hon. Edward M. Chen |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. REQ. EXTENDING TIME TO
RESPOND & CONTINUING INITIAL
CMC  CV 08 5175 EMC

- 3 -

23704\1843277.1