1  Robert C. Holtzapple (State Bar No. 145954)
      rholtzapple@fbm.com
2  Racheal Turner (State Bar No. 226441)
      rturner@fbm.com
3  FARELLA BRAUN + MARTEL LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 954-4400
5  Facsimile:  (415) 954-4480

6  Attorneys for Defendant
   SPROUT CAFÉ

7

8                      UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

| 11 | MIXT GREENS, a California corporation, | Case No.  CV 08 5175 EMC |
|---|---|---|
| 12 | Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| 13 | vs. | (Local Rule 6-1(b) and 6-2) |
| 14 | SPROUT CAFÉ, an entity of unknown origin, | |
| 15 | Defendant. | |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. & [PROPOSED] ORDER CONTINUING
STATUS CONF. / CASE NO. CV 08 5175 EMC

23704\1982978.1

Pursuant to Local Rules 6-1(b) and 6-2, Plaintiff Mixt Greens and Defendant Sprout Café hereby stipulate to continuing the Status Conference currently scheduled for July 8, 2009 at 2:30 p.m. to July 29, 2009 at 2:30 p.m., with the parties' updated Joint Status Conference Statement to be filed on July 22, 2009.  The parties request this continuation to allow them to complete their court-ordered mediation, which is currently scheduled for July 9, 2009 at 10:00 a.m.  Declaration of Racheal Turner ("Turner Decl.") ¶¶ 2-3.

IT IS SO STIPULATED:

Dated: June 30, 2009                                    FARELLA BRAUN + MARTEL LLP

I represent that concurrence in the filing of this document has been obtained from each of the other signatories which shall serve in lieu of their signatures on this document.

By:     /s/ Racheal Turner
             Racheal Turner

Attorneys for Defendant
SPROUT CAFÉ

Dated: June 30, 2009                                    BUCHALTER NEMER

By:     /s/ Richard C. Darwin
             Richard C. Darwin

Attorneys for Plaintiff
MIXT GREENS

IT IS SO ORDERED:

DATED:  _____July 6_____, 2009

**IT IS SO ORDERED**

*[Signature]*
Hon. Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. & [PROPOSED] ORDER CONTINUING
STATUS CONF. / CASE NO. CV 08 5175 EMC

- 2 -

23704\1982978.1