Jeffrey H. Lowenthal (State Bar No. 111763)
Edward Egan Smith (State Bar No. 169792)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234

Attorneys for Plaintiff Mixt Greens

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIXT GREENS, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SPROUT CAFÉ, an entity of unknown origin,<br><br>　　　　　Defendant. | CASE NO. CV 08 5175 EMC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF MIXT GREENS; AND [PROPOSED] ORDER** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Mixt Greens, a California corporation, hereby substitutes new counsel in place and instead of its former counsel, Gary J. Nemer and Richard C. Darwin, Buchalter Nemer, A Professional Corporation, as follows:

**New Legal Representative:**

Jeffrey H. Lowenthal (jlowenthal@steyerlaw.com)
Edward Egan Smith (esmith@steyerlaw.com)
Steyer Lowenthal Boodrookas Alvarez & Smith LLP
One California Street, Third Floor
San Francisco, CA 94111
Tel:  (415) 421-3400
Fax:  (415) 421-2234

IT IS SO STIPULATED:

Dated: November 5, 2009          MIXT GREENS, a California corporation


                                 By:    /s/   Michael Gats
                                 Its:        CFO

**I consent to this substitution:**

Dated: November 5, 2009          BUCHALTER NEMER
                                 A Professional Corporation


                                 By:   /s/   Richard C. Darwin
                                         Gary J. Nemer
                                         Richard C. Darwin

/ /

/ /

/ /

-1-

NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF MIXT GREENS; AND [PROPOSED] ORDER
S:\OM Holdings\Sprout\Pleadings\SubstofCounsel and Order E-signed.wpd

| | |
|---|---|
| 1 | **I accept this substitution:** |
| 2 | |
| 3 | Dated: November 5, 2009                    STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP |

I represent that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on this document.

By: /s/ Edward Egan Smith
Jeffrey H. Lowenthal
Edward Egan Smith
Attorneys for Plaintiff Mixt Greens

Pursuant to the above stipulation, IT IS HEREBY ORDERED THAT the forgoing substitution is approved.

Dated: November 9, 2009

Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF MIXT GREENS; AND [PROPOSED] ORDER
S:\OM Holdings\Sprout\Pleadings\SubstofCounsel and Order E-signed.wpd