IAN FRASER-THOMSON (SBN 73526)
STEPHEN L. DAHM (SBN 114745)
MARGARET M. LESNIAK (SBN 219542)
**CESARI, WERNER and MORIARTY**
360 Post Street, Fifth Floor
San Francisco CA 94108
T: 415.391.1113
F: 415.391.4626
**5313-5-10-14**
Attorneys for Defendant SPROUT CAFÉ
E-mail: ift@cwmlaw.com
  sdahm@cwmlaw.com
  mlesniak@cwmlaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIXT GREENS, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SPROUT CAFÉ, an entity of unknown origin,<br><br>Defendant. | CASE NO. C 08-05175-EMC<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DATES FOR COMPLETION OF DISCOVERY** |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, through their respective counsel of record, that the Court's First Amended Case Management and Pre-Trial Order for Jury Trial, dated August 5, 2009, is amended as to paragraph two, <u>DISCOVERY</u>:

a) All non-expert discovery shall be completed by 04.14.10.

b) Experts shall be disclosed and reports provided by plaintiff and defendant by 04.28.10.

c) Rebuttal experts shall be disclosed and reports provided by 05.05.10.

///

///

d) All discovery from experts, including expert depositions, shall be completed by 05.28.10.

Dated: December 15, 2009

STEYER LOWENTHAL BOOKROOKAS
ALVAREZ & SMITH LLP

BY: _____
JEFFREY H. LOWENTHAL
EDWARD EGAN SMITH
Attorneys for Plaintiff
MIXT GREENS

Dated: December 15, 2009

CESARI, WERNER and MORIARTY

BY: _____
IAN FRASER-THOMSON
STEPHEN L. DAHM
MARGARET M. LESNIAK
Attorneys for Defendant
SPROUT CAFÉ

## ORDER

All other dates to remain.

IT IS SO ORDERED on this 17th day of December, 2009.

_____
MAGISTRATE JUDGE EDWARD M. CHEN
UNITED STATE DISTRICT COURT

- 2 -
STIPULATION AND PROPOSED ORDER EXTENDING DATES FOR COMPLETION OF DISCOVERY