IAN FRASER-THOMSON (SBN 73526)
STEPHEN L. DAHM (SBN 114745)
MARGARET M. LESNIAK (SBN 219542)
**CESARI, WERNER and MORIARTY**
360 Post Street, Fifth Floor
San Francisco CA 94108
T: 415.391.1113
F: 415.391.4626
**5313-5-10-14**
Attorneys for Defendant
SPROUT CAFÉ
E-mail: ift@cwmlaw.com
          sdahm@cwmlaw.com
          mlesniak@cwmlaw.com

JEFFREY H. LOWENTHAL (State Bar No. 111763)
EDWARD EGAN SMITH (State Bar No. 169792)
HENRY A. CIRILLO (State Bar No. 131527)
**STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP**
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
Email: hcirillo@steyerlaw.com

Attorneys for Plaintiff
MIXT GREENS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIXT GREENS, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SPROUT CAFÉ, an entity of unknown origin,<br><br>Defendant. | CASE NO. C 08-05175-EMC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO COMPLETE FACT AND EXPERT DISCOVERY** |

WHEREAS, this Court entered its Second Amended Case Management And Pretrial Order For Jury Trial on February 4, 2010 (Doc. No. 44) (the "February 4 Order"), by which various discovery and other pre-trial deadlines were set;

WHEREAS, parties agree that the fact discovery and expert discovery deadlines set forth in the February 4, 2010 Order be extended approximately sixty (60) days to accommodate scheduling conflicts created by other litigation matters in which counsel for defendant Sprout Café are involved, to permit further production of documents should such production be ordered by the Court in response to MIXT GREENS' motion to compel (presently set to be heard on March 31, 2010), and to allow time for additional depositions and or discovery as may be needed;

WHEREAS, plaintiff MIXT GREENS does not oppose the requested extension;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff MIXT GREENS and defendant SPROUT CAFÉ, by and through their respective counsel of record, that, subject to the Court's approval, the discovery deadlines set forth in Paragraph 2 of the February 4 Order shall be amended as follows:

1. The deadline to complete all non-expert discovery is continued from April 14, 2010 to June 14, 2010;
2. Expert disclosure and production of expert reports by the parties is continued from April 28, 2010 to June 29, 2010;
3. Disclosure of rebuttal experts and production of rebuttal expert reports is continued from May 5, 2010 to July 9, 2010;
4. The deadline to complete all expert discovery is continued from May 28, 2010 to July 30, 2010.
5. Except as expressly set forth herein, no other provisions of the February 4 Order are modified.

///
///
///

Dated: March ___, 2010

CESARI, WERNER and MORIARTY

By: /s/ *signature*
IAN FRASER-THOMSON
STEPHEN L. DAHM
MARGARET M. LESNIAK
Attorneys for Defendant
SPROUT CAFÉ

Dated: March 7, 2010

STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP

By: /s/ *signature*
HENRY A. CIRILLO
JEFFREY HOWARD LOWENTHAL
Attorneys for Plaintiff MIXT GREENS

### ORDER

**IT IS SO ORDERED** on this ___10th___ of March 2010.

_____
MAGISTRATE JUDGE EDWARD M. CHEN
UNITED STATES DISTRICT COURT

IT IS SO ORDERED

/s/ *signature*
Judge Edward M. Chen