IAN FRASER-THOMSON  (SBN 73526)
STEPHEN L. DAHM (SBN 114745 )
MARGARET M. LESNIAK (SBN 219542)
**CESARI, WERNER and MORIARTY**
360 Post Street, Fifth Floor
San Francisco CA 94108
T: 415.391.1113
F: 415.391.4626
**5313-5-10-14**
Attorneys for Defendant SPROUT CAFÉ
E-mail:  ift@cwmlaw.com
         sdahm@cwmlaw.com
         mlesniak@cwmlaw.com

JEFFREY H. LOWENTHAL (State Bar No. 111763)
EDWARD EGAN SMITH (State Bar No. 169792)
HENRY A. CIRILLO (State Bar No. 131527)
**STEYER LOWENTHAL BOODROOKAS**
 **ALVAREZ & SMITH LLP**
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile:  (415) 421-2234
Email:  hcirillo@steyerlaw.com

Attorneys for Plaintiff
MIXT GREENS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIXT GREENS, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SPROUT CAFÉ, an entity of unknown origin,<br><br>Defendant. | CASE NO. C 08-05175-EMC<br><br>**FURTHER STIPULATION AND PROPOSED ORDER EXTENDING DATES FOR COMPLETION OF DISCOVERY**  ; ORDER |

- 1 -

WHEREAS, this Court entered the "Stipulation And Proposed Order To Extend Time To Complete Fact And Expert Discovery" on March 10, 2010 (Doc. No. 58) (the "March 10 Order"), which modified certain discovery deadlines set forth in the "Second Amended Case Management And Pretrial Order For Jury Trial," dated February 4, 2010 (Doc. No. 44) (the "February 4 Order");

WHEREAS, counsel for SPROUT CAFÉ has requested that the fact discovery and expert discovery deadlines set forth in the March 10 Order be extended approximately thirty (30) days to accommodate scheduling conflicts created by other litigation matters in which counsel for SPROUT CAFÉ are involved;

WHEREAS, plaintiff MIXT GREENS does not oppose the requested extension;

**IT IS HEREBY STIPULATED,** by and between the parties hereto, through their respective counsel of record, that the Court's March 10 Order is further amended as follows:

a)   All non-expert discovery shall be completed by July 14, 2010;

b)   Experts shall be disclosed and reports provided by plaintiff and defendant by July 29, 2010;

c)   Rebuttal experts shall be disclosed and reports provided by August 9, 2010;

d)   All discovery from experts, including expert depositions, shall be completed by August 30, 2010;

e)   Except as expressly set forth herein, no other provisions of the March 10 Order or the February 4 Order are modified.

Dated: May 6, 2010

STEYER LOWENTHAL BOOKROOKAS
ALVAREZ & SMITH LLP

BY:
HENRY A. CIRILLO
Attorneys for Plaintiff
MIXT GREENS

- 2 -

Further Stip. and Proposed Order Extending Dates for Completion of Discovery

Dated: May ___, 2010

CESARI, WERNER and MORIARTY

BY: _____

IAN FRASER-THOMSON
STEPHEN L. DAHM
MARGARET M. LESNIAK
Attorneys for Defendant
SPROUT CAFÉ

## ORDER

**IT IS SO ORDERED** on this _____11th_____ day of May, 2010

_____

MAGISTRATE JUDGE EDWARD M. CHEN
UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Edward M. Chen

- 3 -