JEFFREY H. LOWENTHAL (SBN 111763)
EDWARD EGAN SMITH (SBN 169792)
HENRY A. CIRILLO (SBN 131527)
**STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**
One California Street, Third Floor
San Francisco, CA 94111
T: 415.421.3400
F: 415.421.2234
Attorneys for Plaintiff MIXT GREENS
E-mail: hcirillo@steyerlaw.com

IAN FRASER-THOMSON (SBN 73526)
STEPHEN L. DAHM (SBN 114745)
MARGARET M. LESNIAK (SBN 219542)
**CESARI, WERNER and MORIARTY**
360 Post Street, Fifth Floor
San Francisco CA 94108
T: 415.391.1113
F: 415.391.4626
**5313-5-10-14**
Attorneys for Defendant SPROUT CAFÉ
E-mail: ift@cwmlaw.com
       sdahm@cwmlaw.com
       mlesniak@cwmlaw.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIXT GREENS, a California Corporation,<br><br>              Plaintiff,<br><br>v.<br><br>SPROUT CAFÉ, an entity of unknown origin,<br><br>              Defendant. | CASE NO. C 08-05175-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND FIRST AMENDED CASE MANAGEMENT ORDER** |

      **WHEREAS**, this Court entered the First Amended Case Management And Pretrial Order For Jury Trial on August 5, 2009 (Document No. 32) (the "Case Management Order");

**WHEREAS**, the parties have requested that the Court permit them time to participate in good faith settlement discussions before a neutral Magistrate Judge of this District;

**WHEREAS**, the Court granted that request, and appointed Magistrate Judge Donna M. Ryu to conduct and supervise the settlement discussions of the parties;

**WHEREAS**, on July 14, 2010, the Court granted plaintiff's Motion For Leave To File First Amended Complaint;

**WHEREAS**, defendant Sprout Café has requested additional time to respond to the amended complaint and prepare appropriate dispositive motions to be heard by the Court;

**WHEREAS**, the parties require additional time to conduct appropriate discovery in this action;

**THEREFORE**, the parties hereby stipulate and respectfully request that the Court amend the Case Management Order as follows:

1. TRIAL:
    a. Jury trial is reset from 10/18/2010 to **1/24/2011 at 8:30 AM in Courtroom D, 15th Floor, 450 Golden Gate, San Francisco, California.**

2. DISCOVERY
    a. All non-expert discovery shall be completed by **9/17/2010**;
    b. Experts shall be disclosed and reports provided by plaintiff and defendant by **9/27/2010**;
    c. Rebuttal experts shall be disclosed and reports provided by **10/11/2010**;
    d. All discovery from experts shall be completed by **10/25/2010**.

3. MOTIONS
    a. The last day for hearing dispositive motions shall be **11/10/2010**.

4. PRETRIAL CONFERENCE
    a. A pretrial conference shall be held on **1/12/2011 at 3:00 p.m. in Courtroom C, 15th Floor, 450 Golden Gate, San Francisco, California;**
    b. On **11/22/10**, lead counsel shall meet and confer regarding the topics set forth in the Case Management Order at ¶5(b);
    c. On **12/3/2010**, counsel and/or the parties shall serve and file a joint pretrial

- 2 -

conference statement that includes the pretrial disclosures required by Federal Rule of Civil Procedure 26(a)(3) as well as the other disclosures and topics set forth in the Case Management Order at ¶5(c);

    d. On **12/17/2010**, after meeting and conferring in a good faith attempt to resolve any objections, counsel and/or parties shall serve and file the items set forth in the Case Management Order at ¶5(d). No replies shall be filed.

    e. All motions *in limine* and objections shall be heard at the pretrial conference.

5. All other provisions of the Case Management Order not specifically amended herein shall remain in full force and effect.

Dated: July 20, 2010

STEYER LOWENTHAL BOOKROOKAS
ALVAREZ & SMITH LLP

BY: _____
JEFFREY H. LOWENTHAL
EDWARD EGAN SMITH
HENRY A. CIRILLO
Attorneys for Plaintiff
MIXT GREENS

Dated: July 20, 2010

CESARI, WERNER and MORIARTY

BY: _____
IAN FRASER-THOMSON
STEPHEN L. DAHM
MARGARET M. LESNIAK
Attorneys for Defendant
SPROUT CAFÉ

## ORDER

**IT IS SO ORDERED** on this \_\_\_\_\_21st\_\_\_\_\_ day of July, 2010

_____
EDWARD M. CHEN
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Edward M. Chen*

# CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2010, I caused a true and correct copy of

**STIPULATION AND [PROPOSED] ORDER
TO AMEND FIRST AMENDED
CASE MANAGEMENT ORDER**

to be served via the Court's ECF system on all counsel registered for ECF in this case.

/s/ Linda Rorem
Linda Rorem

-5-
STIPULATION AND [PROPOSED] ORDER TO AMEND FIRST AMENDED CASE MANAGEMENT ORDER