JEFFREY H. LOWENTHAL (SBN 111763)
**STEYER LOWENTHAL BOODROOKAS**
**ALVAREZ & SMITH LLP**
One California Street, Third Floor
San Francisco, CA 94111
T: 415.421.3400
F: 415.421.2234
Attorneys for Plaintiff MIXT GREENS
E-mail: JLowenthal@steyerlaw.com

JOHN DOBROVICH, ESQ. (SBN 257624)
**OM HOLDINGS LLC.**
2107 Elliot Ave Ste 306
Seattle, WA 98121
T: (206) 838-2041
F: (206) 299-3707
Attorneys for Plaintiff MIXT GREENS
E-mail: johnd@omholdings.net

IAN FRASER-THOMSON  (SBN 73526)
STEPHEN L. DAHM (SBN 114745 )
MARGARET M. LESNIAK (SBN 219542)
**CESARI, WERNER and MORIARTY**
360 Post Street, Fifth Floor
San Francisco CA 94108
T: 415.391.1113
F: 415.391.4626
**5313-5-10-14**
Attorneys for Defendant SPROUT CAFÉ, CAFÉ SPROUT, INC., TU HA HUNYH, VINH VI
E-mail: ift@cwmlaw.com
         sdahm@cwmlaw.com
         mlesniak@cwmlaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIXT GREENS, a California Corporation, | CASE NO. C 08-05175-EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| SPROUT CAFÉ, an entity of unknown origin, | |
| Defendant. | |

- 1 -

WHEREAS, a further Case Management Conference in this matter is set for November 3, 2010 at 2:30 p.m. before Magistrate Judge Edward M. Chen (Document No. 112) ("Clerk's Notice");

WHEREAS, the parties participated in a Settlement Conference before Magistrate Judge Donna M. Ryu on September 21, 2010 and September 24, 2010, at which time settlement was reached (Document Nos. 98 and 109) (Settlement Conference);

WHEREAS, the parties require additional time to finalize settlement documents and dismissal of this action;

THEREFORE, the parties hereby stipulate and respectfully request that the Court to continue the Case Management Conference by 30 days to December 3, 2010 or the earliest date available for a further Case Management Conference.

Dated: October 26, 2010

OM HOLDINGS LLC.

BY: _____
JOHN DOBROVICH
Attorneys for Plaintiff
MIXT GREENS

Dated: October 26, 2010

CESARI, WERNER and MORIARTY

BY: _____
IAN FRASER-THOMSON
STEPHEN L. DAHM
MARGARET M. LESNIAK
Attorneys for Defendants
SPROUT CAFÉ, SPROUT CAFÉ, INC.,
TU HA HUNYH and VINH VI

- 2 -

## ORDER

**IT IS ORDERED** that the Case Management Conference in this matter is continued to December ~~3,~~ 1 2010 at 2:30 p.m.  An updated joint CMC statement shall be filed by Nov. 24, 2010.

**IT IS SO ORDERED** on this _____29th_____ day of October, 2010

_____
JUDGE EDWARD M. CHEN
DISTRICT COURT

IT IS SO ORDERED
AS MODIFIED
/s/ Judge Edward M. Chen