**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| San Francisco Baykeeper,<br><br>   Plaintiff,<br><br> v.<br><br>West Bay Sanitary District,<br><br>   Defendant.<br>_____/ | No. CV09-05676 EMC<br><br>SECOND AMENDED CLERK'S NOTICE<br>(Opposition due 12/29/10) |

TO ALL PARTIES AND COUNSEL OF RECORD:

  YOU ARE NOTIFIED THAT the **DEFENDANT'S MOTION FOR JUDGMENT (Docket #43), is set** for **January 19, 2011 at 3:00 p.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.  Opposition shall be filed by December 29, 2010.   Reply shall be filed by January 5, 2011.  **PLAINTIFF'S MOTION TO COORDINATE HEARING DATES (Docket #49) erroneously referred to as PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** is **not** set for hearing on January 19, 2011 at this time.

Dated:  November 23, 2010      FOR THE COURT,
                   Richard W. Wieking, Clerk

                 by: _____
                    Betty Lee
                    Courtroom Deputy