8x3-51074

1   Jeffrey H. Lowenthal (State Bar No. 111763)
    Edward Egan Smith (State Bar No. 169792)
2   STEYER LOWENTHAL BOODROOKAS
      ALVAREZ & SMITH LLP
3   One California Street, Third Floor
    San Francisco, California 94111
4   Telephone: (415) 421-3400
    Facsimile:  (415) 421-2234
5   Email:  jlowenthal@steyerlaw.com
    Attorneys for Plaintiff MIXT GREENS
6
    John Dobrovich (State Bar No. 257624)
7   General Counsel
    OM HOLDINGS LTD.
8   2107 Elliot Avenue, Suite 307
    Seattle, WA 98121
9   Telephone:  (206) 838-2041
    Facsimile:  (206) 299-9768
10  E-mail:  johnd@omholdings.net
    Attorney for Plaintiff MIXT GREENS
11
    Ian Fraser-Thomson (State Bar No. 73526)
12  Stephen L. Dahm (State Bar No. 114745)
    Margaret M. Lesniak (State Bar. No. 219542)
13  CESARI, WERNER AND MORIARTY
    360 Post Street, Fifth Floor
14  San Francisco, CA 94108
    Telephone:  (415) 391-1113
15  Facsimile:  (415) 391-4626
    Email: ift@cwmlaw.com
16  Attorneys for Defendants SPROUT CAFÉ, CAFÉ
    SPROUT, INC., TU HA HUNYH, VINH VI
17
18                  UNITED STATES DISTRICT COURT
19                NORTHERN DISTRICT OF CALIFORNIA
20
    MIXT GREENS, a California Corporation,          Case No.:  CV 08-05175 EMC
21
            Plaintiff,                              **STIPULATION OF DISMISSAL**
22                                                    ORDER
    vs.
23
    SPROUT CAFÉ, an entity of unknown origin;
24  CAFÉ SPROUT INC., a California
    corporation, doing business as SPROUT
25  CAFÉ; TU HA HUYNH, an individual; and
    VINH VI, an individual,
26
            Defendants.
27
28

1       **WHEREAS**, the parties participated in a Settlement Conference before Magistrate Judge

2   Donna M. Ryu on September 21, 2010 and September 24, 2010, at which time settlement was

3   reached (Document Nos. 98 and 109) (Settlement Conference);

4       **WHEREAS**, on October 27, 2010, the parties executed that certain Settlement

5   Agreement dated September 24, 2010.

6       **THEREFORE**, the parties hereby stipulate that the action shall be dismissed with

7   prejudice with the Court retaining jurisdiction over the parties to enforce the Settlement

8   Agreement.

9

10   DATED:  November 22, 2010        STEYER LOWENTHAL BOODROOKAS
                                     ALVAREZ & SMITH LLP

11

12                                            By: _____

13                                                JEFFREY H. LOWENTHAL
                                           Attorneys for Plaintiff

14                                              MIXED GREENS

15

16

17   DATED:  November 19, 2010        CESARI, WERNER AND MORIARTY

18

19

20                                            By: _____

                                             IAN FRASER-THOMSON

21                                              STEPHEN L. DAH
                                           MARGARET M. LESNIAK

22                                              Attorneys for Defendants
                                           SPROUT CAFÉ, CAFÉ SPROUT, INC.,
                                           TU HA HUNYH, VINH VI

23

24   IT IS SO ORDERED

25

26   _____

27   Edward M. C[hen]
   U.S. M[agistra]

28      Judge
MIXED GREENS V.                      05175 EMC
STIPULATION OF

IT IS SO ORDERED
Judge Edward M. Chen